# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0279
Lower Tribunal No. 22-DR-2029

_____

JENIFER MARSH,

Appellant,

v.

AARON MARSH,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Carolyn D. Swift, Judge.

March 21, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.


Jenifer Marsh, Lehigh Acres, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED